**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-1203**

─────────────

JAMES E. SLATE,

                Plaintiff – Appellant,

      v.

JOHN E. POTTER, Postmaster General,

                Defendant – Appellee.

─────────────

**No. 09-1204**

─────────────

JAMES E. SLATE,

                Plaintiff – Appellant,

      v.

JOHN E. POTTER, Postmaster General; JEFFREY F. PEROTTA,
Labor Relations Manager; ROY L. MONTAGUE, Postmaster,

                Defendants – Appellees.

─────────────

Appeals from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
Chief District Judge. (1:04-cv-00782-JAB; 1:05-cv-00221-JAB-PTS)

─────────────

Submitted:  January 29, 2010    Decided:  February 16, 2010

─────────────

Before WILKINSON, MICHAEL, and DAVIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

_____

James E. Slate, Appellant Pro Se.  David Clifford Belt, UNITED STATES POSTAL SERVICE, Washington D.C.; Lynne P. Klauer, Assistant United States Attorney, Greensboro, North Carolina; Shari A. Rose, DEPARTMENT OF JUSTICE, Washington, D.C. for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Slate appeals the district court's order granting the Defendant's motion for summary judgment in Slate's civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Slate v. Potter, Nos. 1:04-cv-00782-JAB; 1:05-cv-00221-JAB-PTS (M.D.N.C. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3